**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RICK D. LEICHNER,**

                                        **CASE NO. 2:09-CV-110**
    **Petitioner,**               **CRIM. NO. 2:07-CR-155**
                                        **JUDGE GREGORY L. FROST**
    **v.**                        **Magistrate Judge E.A. Preston Deavers**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## OPINION AND ORDER

On January 10, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The Court has reviewed the *Report and Recommendation* of United States Magistrate Judge Elizabeth Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed thereto and that the time for filing such objections has expired, the Court hereby **ADOPTS** and **AFFIRMS** the *Report and Recommendation* of the Magistrate Judge. It is hereby **ORDERED** that the Petition is **DISMISSED.** The Clerk of Court is **DIRECTED** to terminate this action.

    **IT IS SO ORDERED.**

                                                                       /s/   Gregory L. Frost
                                                                 **GREGORY L. FROST**
                                                                 **UNITED STATES DISTRICT JUDGE**